# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br>RICHARD ZAMORA<br>　　　　Defendant. | 5:25-CR-00043-JGB<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or
　　(B)　(  )　the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• INTENTIONALLY ABSCONDING FROM SUPERVISION;
• FAILURE TO COMPLY WITH PROBATION REQUEST/ORDERS ABOUT MOTHER
• FAILURE TO SHOW CLEAR + CONVINCING EVIDENCE

IT IS ORDERED that defendant be detained.

DATED: 9/9/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE